PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 FEB 28 PM 12: 15

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

**Case No. 08-mj-01027**

**United States of America** )
 )
vs )
 )
**Anita Pinelli** )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Anita Pinelli, have discussed with Veronica Ramirez, Probation Officer, modification of my release as follows:

Defendant is to undergo mental health evaluation and/or treatment as deemed appropriate; the defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 2-25-08    _____ 2/25/08
Signature of Defendant     Date        Probation Officer           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   2-25-08
Signature of Defense Counsel   Date

_____ FOR JOE MACKEY   2/26/08
Signature of Assistant U.S. Attorney       Date

[X] The above modification of conditions of release is ordered, to be effective on 2/28/08

[ ] The above modification of conditions of release is **not** ordered.

_____   2/28/08
Signature of Judicial Officer   Date