IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 08-mj-01027–BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANITA MARIE NICOLE PINELLI,

    Defendant.

---

## ORDER

---

    This matter came before the Court on March 4, 2008 at 10:30 a.m. for a preliminary hearing on the Complaint. Counsel for the Government was present as was the defendant on bond with counsel Lee Harold from the legal firm of Springer and Steinberg. Ms. Pinelli's primary counsel is Harvey Steinberg who was not present in court.

    The defendant moved for a continuance of the preliminary hearing to a date and time when Mr. Steinberg would be able to attend and participate. A date and time agreeable to Mr. Steinberg's calendar and the court calendar could not be found within the time limitations set forth in Title 18 U.S.C. § 3161(b). The defendant, through counsel, requested that she be allowed to waive her right to a speedy grand jury presentment so that a date and time could be set

for the preliminary hearing outside the thirty day limitation. The government agreed to the waiver of the time limitations and to setting the preliminary hearing outside the original thirty day period.

The defendant was fully advised on the record by this court of her speedy indictment rights and orally consented to the waiver of the time limitations set forth in the statute for an additional thirty day period.

This court finds and concludes that:

1. The defendant's waiver of her rights pursuant to Title 18 U.S.C. § 3161(b) was knowing, informed and voluntary; and

2. Pursuant to Title 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by granting a waiver of the defendant's right to grand jury presentment for an additional thirty days outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Saltzman,* 984 F.2d 1087, 1089 (10th Cir. 1993).

It is therefore ORDERED:

1. An additional period of thirty days will be granted to the time allowed for grand jury presentment pursuant to Title 18 U.S.C. § 3161(b).

2. The preliminary hearing is re-set for March 19, 2008 at 2:00 p.m. before Magistrate Judge Michael E. Hegarty.

Dated this 4th day of March, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge